IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG 17 AM 8:08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| GPS INDUSTRIES LLC, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. A-12-CA-332-LY |
| § | |
| DENNCO, INC., SONOSTAR, INC., § | |
| GOLFSMITH INTERNATIONAL, INC. § | |
| D/B/A GOLFSMITH INTERNATIONAL I, § | |
| INC., GOLF GALAXY, LLC., § | |
| TSA STORES, INC. D/B/A SPORTS § | |
| AUTHORITY, AMAZON.COM, INC., § | |
| ACADEMY, LTD., SEARS, ROEBUCK, § | |
| AND CO., OVERSTOCK.COM, INC., § | |
| BEST BUY STORES, L.P., RPPFTB, INC. § | |
| D/B/A GPSDEALS4U.COM AND § | |
| GPSDEALS4U.COM, AND 1ST IN § | |
| VIDEO-MUSIC WORLD, INC. D/B/A § | |
| DISCOUNT GOLF WORLD, § | |
| DEFENDANTS. § | |

## ORDER

Before the court in the above styled and numbered cause is Plaintiff GPS Industries LLC's Notice of Dismissal Without Prejudice filed August 13, 2012 (Clerk's Document No. 26). GPS Industries informs the court that it is dismissing without prejudice its claims alleged against Defendant EBAY Inc., who has yet to file an answer or motion for summary judgment. Having considered the notice, the case file, and the applicable law,

**IT IS ORDERED** that all claims alleged by Plaintiff GPS Industries LLC against Defendant EBAY, Inc. are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees.

**IT IS FURTHER ORDERED** that the style in the cause remaining before this court be modified as noted in the style used in this Order. The clerk of court and the parties are directed to use the above-referenced style for all future pleadings in this action.

SIGNED this ___16th___ day of August, 2012.

```
                                    _____
                                    LEE YEAKEL
                                    UNITED STATES DISTRICT JUDGE
```